# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YOUR CBD STORES FRANCHISING, LLC and SUNFLORA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATUROIL GEORGIA, LLC, JEFFREY YABUKI, and AMBER KNOWLES, <br><br> Defendants. | Civil Action File No. <br><br> 1:22-cv-00286-TWT |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO DISMISS

The parties are pleased to report that this matter has settled in all respects, and that they have mutually executed a Settlement Agreement and Mutual Release. The parties therefore request this matter be dismissed with prejudice, but with the caveat that the Court retain jurisdiction to interpret and enforce the terms of settlement.

Respectfully submitted this 5th day of April, 2022.

                                       TAYLOR ENGLISH DUMA LLP

                                       */s/ A. Binford Minter*
                                       Michael S. Rosenthal
                                       GA Bar No. 614750
                                       A. Binford Minter
                                       GA Bar No. 117844
                                       1600 Parkwood Circle, Suite 200
                                       Atlanta, GA 30339

02287272-1

770.434.6868
mrosenthal@taylorenglish.com
bminter@taylorenglish.com

*Attorneys for Plaintiffs*


ANDERSEN TATE CARR

*/s/ James C. Joedecke, Jr.*
    *(with express permission by A.B.M.)*
James C. Joedecke, Jr.
GA Bar No. 391885
Elizabeth Clack-Freeman
GA Bar No. 126888
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, GA 30097
770.822.0900
jjoedecke@atclawfirm.com
lcfreeman@atclawfirm.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rules 5.1(C), the foregoing pleading is prepared in Times New Roman, 14-point font and will be served using the Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record. Pursuant to Local Rule 7.5(B), the foregoing pleading and all attachments has been served on the following party opponents via statutory electronic mail:

>James C. Joedecke, Jr.
>Elizabeth Clack-Freeman
>Andersen Tate Carr
>1960 Satellite Blvd, Suite 4000
>Duluth, GA 30097
>jjoedecke@atclawfirm.com
>lcfreeman@atclawfirm.com

Respectfully submitted this 5th day of April, 2022.

>TAYLOR ENGLISH DUMA LLP
>
>*/s/ A. Binford Minter*
>A. Binford Minter
>GA Bar No. 117844

1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770.434.6868
bminter@taylorenglish.com

02287272-1